*corpus.* Decided August 13, 1907. Application denied. *Mr. José de Guzmán Benítez* for petitioner.

---

No. 18. Ex PARTE MARTIN.—Application for writ of *habeas corpus.* Decided August 17, 1907. Application denied. *Mr. Massari* for petitioner. *Mr. Hutchison* for respondent.

---

No. 5. THE PEOPLE *v.* HERNÁNDEZ ET AL.—Appeal from the District Court of Aguadilla. Motion to approve bill of exceptions. Decided August 27, 1907. Bill of exceptions approved. *Mr. José de Guzmán Benítez* for petitioner. *Mr. Rossy, fiscal,* for respondent.

---

No. 19. Ex PARTE ACOSTA ET AL.—Application for writ of *habeas corpus.* Decided September 5, 1907. Application denied. *Mr. Peréz Moris* for petitioner. *Attorney General* for respondent.

---

No. 20. Ex PARTE OQUENDO ET AL.—Application for writ of *habeas corpus.* Decided September 14, 1907. Application denied. *Mr. Márquez* for petitioner.

---

No. 138. SANDOVAL *v.* ROIG.—Appeal from the District Court of Arecibo. Motion to dismiss appeal. Decided October 8, 1907. Motion overruled. *Mr. Cay. Coll Cuchí* for petitioner. *Mr. Hernández López* for respondent.

---

No. 167. RUBERT HERMANOS *v.* LÓPEZ ET AL.—Appeal from